# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORT PRODUCTIONS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAVIER SALAS, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-05553-BLF<br><br>**ORDER APPOINTING PRO BONO COUNSEL FOR DEFENDANTS** |

Defendants JAVIER SALAS and APOLONIO CASTRO have requested and are in need of counsel to assist them in this matter. Volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Legal Assistance Self Help program ("FLASH"). Neel Chatterjee, Esq., Zheng Liu, Esq., and Anthony Tartaglio, Esq. of the law firm Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025, are hereby appointed as counsel for Defendants in this matter, pursuant to the Guidelines of the Federal Pro Bono Project.

Counsel is appointed for the full scope of representation of Defendants.

All proceedings in this action are hereby stayed until May 21, 2014. The Court will set a date for a Case Management Conference by paperless docket entry.

**IT IS SO ORDERED.**

Dated: April 23, 2014

_____
BETH LABSON FREEMAN
United States District Judge