Thomas P. Riley (SBN 194706)
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena CA 91030-3227
Telephone No. (626) 799-9797
Facsimile No. (626) 799-9795
Attorneys for Plaintiff
**J & J Sports Productions, Inc.**

Neel Chatterjee (SBN 173985)
Zheng Liu (SBN 229311)
Anthony Tartaglio (SBN 280286)
**ORRICK, HERRINGTON & SUTCLIFFE, LLP**
1000 Marsh Road
Menlo Park, CA 94025
Telephone No. (650) 614-7699
Facsimile No. (650) 614-7401
Attorneys for Defendants
**Javier Salas and Apolonio Castro**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.** | Case No.:  5:13-cv-05553-BLF |
| Plaintiff, | **ORDER GRANTING PLAINTIFF J & J SPORTS PRODUCTIONS, INC. AND DEFENDANTS JAVIER SALAS AND APOLONIO CASTRO'S STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE** ~~(Proposed)~~ |
| vs. | |
| **JAVIER SALAS, et al.,** | |
| Defendants. | |

**ORDER** ~~(Proposed)~~

**Pursuant to the parties' stipulation, IT IS HEREBY ORDERED** that the Case Management Conference in civil action 5:13-cv-05553-BLF styled *J & J Sports Productions, Inc. v. Salas, et al.,* is hereby continued from Thursday, July 24, 2014 to Thursday, August 14, 2014 at 1:30 p.m. in Courtroom 3, 5th Floor, San Jose Courthouse.

1  Parties shall prepare and file the Joint Case Management Conference Statement no less
2 than seven (7) days prior to the conference date.  Parties shall also submit certifications and
3 meet and confer in compliance with the ADR Local Rules.
4 **IT IS SO ORDERED:**

_____  Dated: July 21, 2014
**THE HONORABLE BETH LABSON FREEMAN**
**In The United States District Court**
**Northern District of California**